```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/1/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

ESTEBAN AYALA,

          Defendant.

No. 17-cr-618 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court is in receipt of the Government's July 1, 2020 opposition to Defendant's pro se motion for compassionate release. Dkt. 305. No later than July 8, 2020, the Government shall file a letter providing authority in support of its position that Defendant's April 7, 2020 request to BOP for "home confinement for the rest of [his] sentence pursuant to 18 U.S.C. § 3624(c)(2), section 12003(b) of the CARES Act, and Attorney General Barr's April 3, 2020 Memorandum for the Director of the Bureau of Prisons, 'Increasing Use of Home Confinement at Institutions Most Affected by Covid-19,'" Dkt. 304 at 6, does not satisfy the administrative exhaustion requirement of 18 U.S.C. § 3582(c)(1)(A). The Government shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    July 1, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge